# Exhibit 2

Charted Claims

Non-Method Claim: 1

| US7822690B2 | Simplifile ("Accused Product") |
|---|---|
| 1. An electronic mortgage closing document processing system comprising a server computer having computer program instructions stored in a non-transitory memory that, when executed, cause the server to: | The accused product discloses an electronic mortgage closing document processing system comprising a server computer having computer program instructions stored in a non-transitory memory that, when executed, cause the server to.<br><br>As shown below, the accused product discloses an electronic mortgage closing service that utilizes one or more servers to facilitate the upload and processing of electronic documents. Further, the server(s) necessarily comprise memory storing executable instructions that, when executed by one or more processors, perform the disclosed mortgage closing services, including document upload and associated workflow operations. |




https://mortgagetech.ice.com/products/simplifile

| | |
|---|---|
| | eSign and eNotary Platform<br><br>for recording.<br><br>**eSign and eNotary Platform**<br>Our eSign Events platform is great for lenders and settlement companies that wish to have a signing and notarization tool which can be initiated on demand with your own notaries or outsourced notaries.<br><br>https://mortgagetech.ice.com/products/simplifile/get-started<br><br>**Simplifile eSign Events**<br>Provide an easy, consumer-friendly experience for eSigning and eNotarizing documents.<br><br>**Products and Services**<br><br>With Simplifile® eSign Events, you can send documents to a customer to eSign, as well as facilitate in-person notarization (IPEN), and remote online notarization (RON) sessions. Simplifile's industry expertise is baked into eSign Events to help users know if a recording jurisdiction will accept eNotarization transaction types. When looking for a solution to take care of all your eSigning needs, consider eSign Events.<br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-esign-events.pdf |

## Closing

As a bridge between you and your settlement agents, notaries, and counties, Simplifile provides a standardized platform for document delivery, recording eligibility, and settlement agent coordination for all closing types – ink, hybrid, and fully "e." Best of all, we set up, train, and support your settlement agents and notaries to reduce overhead.

https://mortgagetech.ice.com/products/simplifile/collaboration#pre-closing

## Lender-to-settlement agent collaboration across the loan lifecycle

With our services, you work electronically with settlement agents on documents and fees throughout the loan lifecycle, they send documents to counties for eRecording, and you receive final documentation and fees automatically. All data is in one place to reduce errors and save time.

**Learn more about Simplifile for Encompass lenders ›**




https://mortgagetech.ice.com/products/simplifile/collaboration#closing

**9. Non-US Users**

The Websites and our Services are hosted in the United States and are governed by United States law. If you are using the Websites or Services from outside the United States, please be aware that your Personal Information may be transferred to, stored, and processed in the United States where our servers are located and our central database is operated. The data protection and other laws of the United States and other countries might not be as comprehensive as those in your country. By using the Websites or Services, you consent to your Personal Information being transferred to our facilities and to the facilities of those third parties with whom we share it as described in this Privacy Policy.

https://www.ice.com/privacy-security-center#imt-our-purposes-for-processing-personal-

| | |
|---|---|
| | information |
| receive the electronic mortgage closing documents; | The accused product discloses to receive the electronic mortgage closing documents (e.g., upload or add the documents).<br><br><br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-esign-events.pdf |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=K3ujbcz6Uok |
| identify one or more entities participating in an electronic document signing process; | The accused product discloses to identify one or more entities (e.g., signers, participants, notary, etc.,) participating in an electronic document signing process. |

| | |
|---|---|
| |  <br>https://mortgagetech.ice.com/products/simplifile/esign |
| provide the electronic mortgage closing documents to the one or more entities, the electronic mortgage closing documents being provided in a predetermined order | The accused product discloses to provide the electronic mortgage closing documents to the one or more entities (e.g., signers, participants, notary, etc.,), the electronic mortgage closing documents being provided in a predetermined order during a document signing session (e.g., video recording session) and being provided to the one or more entities (e.g., signers, participants, notary, etc.,) for execution of an action representing signing of the electronic mortgage closing documents.<br><br>As shown below, the accused product discloses a service for the electronic execution and |

| | |
|---|---|
| during a document signing session and being provided to the one or more entities for execution of an action representing signing of the electronic mortgage closing documents; | notarization of mortgage closing documents through integrated e-signature and remote online notarization (RON) functionality. The user uploads the mortgage closing documents, designates the required signers, participants, and the authorized notary, and subsequently issues signing invitations to the designated entities. Thereafter, the system establishes a video-hosted communication session (e.g., a signing session) involving the signers, participants, and notary (e.g., one or more entities). During the session, the signers and participants electronically sign the mortgage closing documents (e.g., perform an action representing execution of signing of the electronic mortgage closing documents) in the presence of the notary. Upon completion of the electronic signatures by all required parties, the notary verifies the completed execution and electronically notarizes the documents by applying the notarial signature, thereby completing a coordinated workflow event in accordance with a predetermined execution sequence (e.g., predetermined order).<br><br>**Key integrations**<br><br>Our integrations deliver a secure, connected experience—boosting efficiency, streamlining processes, and enabling powerful workflow automation.<br><br>Our featured integrations include:<br><br>• Resware<br>• Qualia<br>• **Simplifile eSign Events**<br>• **Simplifile Collaboration and Post Close**<br><br>https://mortgagetech.ice.com/products/simplifile/notarysigning |

| | |
|---|---|
| | # Simplifile eSign<br>## Electronic signing for each closing scenario<br>Simplifile eSign Events provides an easy, consumer-friendly experience for electronically signing and notarizing documents. Through eSign Events, a notary can facilitate the electronic signing of documents, including ink notarization with borrower eSign (hybrid), In Person Electronic Notarization (IPEN) and Remote Online Notarization (RON). eSign Events also supports non-notary packages, addressing all your eSign needs through one tool.<br>https://mortgagetech.ice.com/products/simplifile/esign<br><br>Remote online notarization (RON) is a newer option and is less widely accepted than IPEN. RON doesn't require the signer and notary to be in the same location and can typically be done via webcam. RON requires an identity verification process and secure video communication that is stored for a specified duration. Depending on the state, there may be additional rules. Many states require the RON technology vendor to be registered with the Secretary of State.<br><br>The county recorder ultimately makes the decision to record, so it's important to understand the acceptance at a jurisdiction level.<br>https://mortgagetech.ice.com/products/simplifile/esign/enotary-faq |

| | |
|---|---|
| | Simplifile<br>**eSign Events overview**<br>Before signing<br>▪ Create an event<br>▪ Add signers and other participants<br>▪ Upload and tag documents<br>▪ Assign a notary when applicable<br>▪ Send invites<br>At signing<br>▪ Include KBA and ID verification<br>▪ Host video conference<br>▪ Review documents<br>▪ eSign non-witnessed documents<br>▪ Perform RON and IPEN eNotarization<br>Post-signing<br>▪ View notary journal<br>▪ Access to RON video recording and storage<br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-esign-events.pdf |

| | |
|---|---|
| | **Document packages using RON**<br>- All the features of non-witnessed and IPEN events, plus:<br>  - Secure sign-on authentication, using knowledge-based authentication and automated ID verification<br><br>**ice.com**<br><br>  - Support for state-specific requirements<br>  - Teleconferencing support, eliminating the need for signers to be in the same location as the notary<br>  - Ability to supply your own notary to the transaction, allowing you full control over the experience<br>  - Ability to include non-signer participants like a Realtor or advisor<br>  - Ongoing access and storage of the RON video recordings<br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-for-settlement-agents.pdf |

| | |
|---|---|
| | <br><br>https://mortgagetech.ice.com/products/simplifile/esign |




https://mortgagetech.ice.com/products/simplifile/esign

| | |
|---|---|
| | **Remote online notarization (RON)**<br>RON, using audio visual recording technology, of all documents<br>TCX-trained and vetted panel of certified RON notaries covering all approved states<br>Notary selection based on RON qualification<br>Coordination of eSign workflow events<br>https://mortgagetech.ice.com/products/simplifile/notarysigning |
| receive a plurality of electronic signatures corresponding to one or more entities; | The accused product discloses to receive a plurality of electronic signatures corresponding to one or more entities (e.g., signers, participants, notary, etc.,). |

| | |
|---|---|
| | Simplifile<br>**eSign Events overview**<br>Before signing<br>- Create an event<br>- Add signers and other participants<br>- Upload and tag documents<br>- Assign a notary when applicable<br>- Send invites<br>At signing<br>- Include KBA and ID verification<br>- Host video conference<br>- Review documents<br>- eSign non-witnessed documents<br>- Perform RON and IPEN eNotarization<br>Post-signing<br>- View notary journal<br>- Access to RON video recording and storage<br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-esign-events.pdf |

| | |
|---|---|
| | **At signing**<br><br>Document review and eSigning. For events that require Notarization, sign and notarize with a notary with RON and IPEN eNotarization. Edit signature tags in session when last minute corrections are needed.<br><br>https://mortgagetech.ice.com/products/simplifile/esign |

| | |
|---|---|
| | **Receive real-time updates**<br><br>Our technology allows you to receive and view the real-time status of any signing. Notification updates and pre-closing calls help ensure expectations are met.<br>https://mortgagetech.ice.com/products/simplifile/notarysigning |

| | |
|---|---|
| | **Remote online notarization (RON)**<br><br>RON, using audio visual recording technology, of all documents<br><br>TCX-trained and vetted panel of certified RON notaries covering all approved states<br><br>Notary selection based on RON qualification<br><br>Coordination of eSign workflow events<br><br>https://mortgagetech.ice.com/products/simplifile/notarysigning |
| finalize and authenticate the electronic mortgage closing documents based, at least in part, | The accused product discloses to finalize and authenticate (e.g., notarization) the electronic mortgage closing documents based, at least in part, upon the electronic signatures (e.g., notary signature). |

| | |
|---|---|
| upon the electronic signatures; and | Simplifile<br>**eSign Events overview**<br>Before signing<br>▪ Create an event<br>▪ Add signers and other participants<br>▪ Upload and tag documents<br>▪ Assign a notary when applicable<br>▪ Send invites<br>At signing<br>▪ Include KBA and ID verification<br>▪ Host video conference<br>▪ Review documents<br>▪ eSign non-witnessed documents<br>▪ Perform RON and IPEN eNotarization<br>Post-signing<br>▪ View notary journal<br>▪ Access to RON video recording and storage<br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-esign-events.pdf |

| | |
|---|---|
| | **At signing**<br><br>Document review and eSigning. For events that require Notarization, sign and notarize with a notary with RON and IPEN eNotarization. Edit signature tags in session when last minute corrections are needed.<br><br>https://mortgagetech.ice.com/products/simplifile/esign |

| | |
|---|---|
| | **Document packages using RON**<br>- All the features of non-witnessed and IPEN events, plus:<br>  - Secure sign-on authentication, using knowledge-based authentication and automated ID verification<br><br>**ice.com**<br><br>  - Support for state-specific requirements<br>  - Teleconferencing support, eliminating the need for signers to be in the same location as the notary<br>  - Ability to supply your own notary to the transaction, allowing you full control over the experience<br>  - Ability to include non-signer participants like a Realtor or advisor<br>  - Ongoing access and storage of the RON video recordings<br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-for-settlement-agents.pdf |
| record a location associated with at least one of the one or | The accused product discloses to record a location (e.g., location of the notary) associated with at least one of the one or more entities (e.g., signers, participants, notary, etc.,), a time associated with the electronic document signing process, and a |

| | |
|---|---|
| more entities, a time associated with the electronic document signing process, and a date associated with the electronic document signing process. | date associated with the electronic document signing process.<br><br>As shown below, the accused product discloses recording the video-hosted communication session during which the electronic document signing is performed. Accordingly, the system necessarily records the temporal information (e.g., date and time) associated with the electronic document execution process, as evidenced by the maintenance of a notary journal that is accessible to the user following completion of the signing session and the provision of real-time notifications corresponding to the progression of the signing workflow. Further, the system associates location information with the notary, including the applicable jurisdiction (e.g., county and/or state) under which the notarial act is performed.<br><br>**RON, RIN and what it all means to lenders**<br><br>For example, New York State's emergency order allowed the notary and borrower to connect visually online, so the notary could observe the borrower signing the physical document. The actual document would then be sent to the notary, who would reengage with the borrower online, notarize the document as the borrower watched, then send that paperwork back.<br><br>This form of remote notarization, referred to as remote ink notarization, or RIN, has some significant differences from RON that lenders need to be aware of. Specifically, RON platforms verify the identity of the signer using Knowledge Based Authentication and Credential Analysis. These technologies provide a high level of assurance that the signer is who they claim to be. Most of the RIN orders did not require the use of these technologies to verify the identity of the signer.<br><br>"Additionally, RON platforms record the notarial event and retain that recording as required by statute." But many of the RIN orders did not include a requirement for the notarial event to be recorded. "A lender's legal department and compliance team will need to consider how the differences between RON and RIN impact their risk tolerance," Ladd said.<br>https://mortgagetech.ice.com/publicdocs/mortgage/ebook-eclose-strategy.pdf |

| | |
|---|---|
| | Simplifile<br>**eSign Events overview**<br>Before signing<br>▪ Create an event<br>▪ Add signers and other participants<br>▪ Upload and tag documents<br>▪ Assign a notary when applicable<br>▪ Send invites<br>At signing<br>▪ Include KBA and ID verification<br>▪ Host video conference<br>▪ Review documents<br>▪ eSign non-witnessed documents<br>▪ Perform RON and IPEN eNotarization<br>Post-signing<br>▪ View notary journal<br>▪ Access to RON video recording and storage<br>https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-esign-events.pdf |

| | |
|---|---|
| | **Your coast-to-coast network of qualified and trained notaries**<br>For high quality signing services based on the Signing Professionals Workgroup (SPW) standards, the notary signing agents within The Closing Exchange:<br>• Are fully vetted prior to being activated within the network (including a valid state commission, background check and an errors & omissions policy)<br>• Continually meet a standard of excellence in accuracy and professionalism<br>https://mortgagetech.ice.com/products/simplifile/notarysigning<br>**Receive real-time updates**<br>Our technology allows you to receive and view the real-time status of any signing. Notification updates and pre-closing calls help ensure expectations are met.<br>https://mortgagetech.ice.com/products/simplifile/notarysigning |

| | |
|---|---|
| | **Remote online notarization (RON)**<br><br>RON, using audio visual recording technology, of all documents<br><br>TCX-trained and vetted panel of certified RON notaries covering all approved states<br><br>Notary selection based on RON qualification<br><br>Coordination of eSign workflow events<br><br>https://mortgagetech.ice.com/products/simplifile/notarysigning |

| | |
|---|---|
| | **Transparency**<br><br>From order pickup notifications to real-time borrower eSign status, every part of the transaction is visible to both the lender and settlement agent at all times.<br>https://mortgagetech.ice.com/products/simplifile/mortgage-transaction |

**Document packages using RON**

- All the features of non-witnessed and IPEN events, plus:
  - Secure sign-on authentication, using knowledge-based authentication and automated ID verification

**ice.com**

  - Support for state-specific requirements
  - Teleconferencing support, eliminating the need for signers to be in the same location as the notary
  - Ability to supply your own notary to the transaction, allowing you full control over the experience
  - Ability to include non-signer participants like a Realtor or advisor
  - Ongoing access and storage of the RON video recordings

https://mortgagetech.ice.com/publicdocs/mortgage/datasheet-simplifile-for-settlement-agents.pdf